UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WALKER,

                Plaintiff,

– against –

COMMISSIONER JOSEPH PONTE, *Department of Corrections*, WARDEN OF OBCC LISA COOPER, *Otis Bantum Correction Center*, CITY OF NEW YORK,

                Defendants.

**ORDER**

14 Civ. 8507 (ER)

RAMOS, D.J.

      On August 24, 2015, this Court directed Plaintiff to file an amended complaint and a new application to proceed *in forma pauperis* ("IFP Application").  Doc. 27.  Plaintiff filed an amended complaint on October 21, 2015, but failed to include an IFP Application.  Doc. 29.  The Court directed Plaintiff by Order dated November 10, 2015, to either pay the civil action filing fee or submit a completed IFP Application within 30 days – by December 10, 2015.  Doc. 30.  Accordingly, Defendants' time to answer or otherwise respond to the amended complaint is extended to ten days after Plaintiff complies with the Order to either pay the filing fee or submit a completed IFP Application.

It is SO ORDERED.

Dated: November 19, 2015
       New York, New York

                                            Edgardo Ramos, U.S.D.J.